UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:06 CR 125-3 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| RAFAEL VALDEZ-GOMEZ, | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Nancy A. Vecchiarelli, regarding the change of plea hearing of Rafael Valdez-Gomez, which was referred to the Magistrate Judge with the consent of the parties.

On May 9, 2006, the government filed a thirty-six count superseding indictment, charging Defendant Rafael Valdez-Gomez, with Conspiracy to Commit Mail Fraud and Document Fraud in violation of Title 18, United States Code, Section 371; Structuring Money Transactions and Aiding and Abetting in violation of Title 31, United States Code, Sections 5324(a)(3) and (d)(2) and Title 18, United States Code, Section 2; and Money Laundering and Aiding and Abetting in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2. On January 18, 2007, Defendant Valdez-Gomez was arraigned and entered a plea of guilty

before Magistrate Judge Nancy A. Vecchiarelli to counts 3, 16, 20 and 26, of the superseding indictment. Magistrate Judge Vecchiarelli issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty on January 18, 2007.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Valdez-Gomez is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Valdez-Gomez is adjudged guilty of Counts 3, 16, 20 and 26 of the superseding indictment, in violation of Title 18 United States Code, Section 371; Title 31United States Code, Section 5324(a)(3) and (d)(2) and 18 United States Code, Section 2; and Title 18 United States Code, Sections 1956(a)(1)(B)(i) and 2.

IT IS SO ORDERED.

*/s/SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE